UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEVON BAKER,<br><br>　　　　　Defendant. | Case No.: ED18-357M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　　　(X)　information in the Pretrial Services Report and Recommendation

　　　　(X)　information in the violation petition and report(s)

　　　　( )　the defendant's nonobjection to detention at this time

　　　　(X)　other: Failure to comply with terms and conditions of supervision

1

1 | Prior violations of parole
2 |
3 | and/ or
4 | B. (X) The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the
6 | safety of any other person or the community if released under 18
7 | U.S.C. § 3142(b) or (c). This finding is based on the following:
8 | (x) information in the Pretrial Services Report and Recommendation
9 | (x ) information in the violation petition and report(s)
10 | ( ) the defendant's nonobjection to detention at this time
11 | () other: Criminal history
12 | Admitted drug use
13 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 | revocation proceedings.
15 |
16 | Dated: August 20, 2018
17 | _____
   | KENLY KIYA KATO
   | United States Magistrate Judge